AO 93 (Rev. 12/09) Search and Seizure Warrant

ENTERED
FILED
LODGED      RECEIVED

MAR 24 2010

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| In the Matter of the Search of ) | |
| *(Briefly describe the property to be searched* ) | |
| *or identify the person by name and address)* ) | Case No. MJ10-92 |
| ) | |
| Black Samsung Micro SD Memory Card, ) | |
| more fully described in Attachment A ) | |
| ) | |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Western____ District of ____Washington____
*(identify the person or describe the property to be searched and give its location)*:
Black Samsung Micro SD Memory Card, more fully described in Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ____March 19, 2010____
                                                                                    (not to exceed 14 days)

☒ in the daytime  6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_____.
                           *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30).*
                                                                       ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: March 5, 2010
                                 10:35 a.m.                                    _____
                                                                                                  Judge's signature

City and state:   Seattle, Washington                    JAMES P. DONOHUE, United States Magistrate Judge
                                                                                            *Printed name and title*

AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>MJ10-92 | Date and time warrant executed:<br>3-17-2010  2:10PM | Copy of warrant and inventory left with:<br>N/A |
| Inventory made in the presence of :<br>S/A Sherrill |||
| Inventory of the property taken and name of any person(s) seized:<br><br>NO DATA Recovered |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/24/2010

_Executing officer's signature_

Special Agent Jason Marconi
_Printed name and title_

## **ATTACHMENT A**

The item to be searched is a Black Samsung Micro SD Memory Card, currently in the custody of the DEA, Seattle Field Division, 400 Second Avenue West, Seattle, WA 98119.

## ATTACHMENT B

## ITEMS TO BE SEIZED

The following records, documents, files, or materials, in whatever form, including handmade or mechanical form (such as printed, written, handwritten, or typed); photocopies or other photographic form; and electrical, electronic, and magnetic form (such as tapes, cassettes, hard disks, floppy disks, diskettes, compact discs, CD-ROMs, DVDs, optical discs, Zip cartridges, printer buffers, smart cards, or electronic notebooks, or any other storage medium) that constitute evidence, instrumentalities, or fruits of violations of 21 U.S.C. §§ 841(a)(1), 841(b)(1) and 846; possession of with intent to distribute, and distribution of, cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1); and money laundering, in violation of 18 U.S.C. § 1956, including but not limited to:

1. Photographs depicting controlled substances, assets, firearms, cash, and associates.

2. Evidence of who used, owned or controlled any seized digital device at the time the things described in this Affidavit were created, edited, or deleted.

3. Evidence of the attachment to the digital device of other storage devices or similar containers for electronic evidence;

4. Evidence of times the digital device was used;

5. Any other ESI from the digital device necessary to understand how the digital device was used, the purpose of its use, who used it, and when, *limited to the issues set forth in the affidavit of probable cause. JPD*